

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00393-CV

**IN THE INTEREST OF B.M.D.B.**, J.J.B., K.M.B., and V.D.C.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01408
Honorable Richard Garcia, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is REVERSED and judgment is RENDERED denying the Department of Family and Protective Services' request to terminate appellant's parental rights. The remainder of the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against the Department of Family and Protective Services.

SIGNED December 9, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice